United States District Court
Southern District of Texas
**ENTERED**
May 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE DAGHER, )<br>)<br>Defendant. )<br>_____) | Civil Case No. 4:18-cv-00220 |

## ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which It Has to Serve Defendant with a Summons and Amended Complaint the ("Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. Plaintiff shall have until June 14, 2018, to effectuate service of a summons and Amended Complaint upon Defendant.

**DONE AND ORDERED** this 29th day of May, 2018.

By: _____
UNITED STATES DISTRICT JUDGE