# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE DAGHER, )<br>)<br>Defendant. )<br>) | Civil Action Case No.4:18-cv-00220 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF MIKE DAGHER

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Mike Dagher ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 16, 2018.

                                                  Respectfully submitted,

                                                  By: /s/ Paul S. Beik
                                                  Paul S. Beik
                                                  Texas Bar No. 24054444
                                                  S.D. Tex. ID No. 642213
                                                  BEIK LAW FIRM, PLLC
                                                  8100 Washington Ave., Suite 1000
                                                  Houston, TX 77007
                                                  T: 713-869-6975
                                                  F: 713-868-2262
                                                  E-mail: paul@beiklaw.com
                                                  **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Paul S. Beik
PAUL S. BEIK