United States District Court
Southern District of Texas

**ENTERED**

July 17, 2018

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Malibu Media, LLC,
          Plaintiff,

v.

John Doe, et al,
          Defendants.

§
§
§
§
§
§
§

**CIVIL ACTION NO. H-18-220**

## O R D E R

In accordance with the Notice of Dismissal filed on July 16, 2018 (docket entry no. 19),

this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 16ᵗʰ day of July, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE